## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | |
|---|---|
| REBECCA L. HOLTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 2:11-CV-00131-WCO |
| ) | |
| BOTTOM OF THE CUP, LLC, ) | |
| GARY HALL INDIVIDUALLY ) | |
| and BEN NASH INDIVIDUALLY, ) | |
| ) | |
| Defendants. ) | |

### DISMISSAL WITH PREJUDICE

**COMES NOW** Plaintiff Rebecca L. Holton, by and through her undersigned counsel, and, pursuant to Fed. R. Civ. P. 41, N.D. Ga., files this Dismissal With Prejudice of the above-referenced lawsuit against all three Defendants.

Respectfully submitted this the 4th day of August, 2011.

/s/ Preston B. Davis
Preston B. Davis
Georgia Bar No. 141999
preston@pbdavislaw.com
Counsel for Plaintiff

- 1 -

LAW OFFICE OF PRESTON B. DAVIS, LLC
4488 S. Springwood Dr. SW
Smyrna, GA  30082
Telephone: (678) 372-2477
Facsimile: (678) 945-5080

Counsel for Plaintiff

## **CERTIFICATION OF COUNSEL**

Pursuant to Local Rule 7.1, N.D. Ga., the undersigned counsel certifies that this document was prepared with Times New Roman (14 point), one of the font and point selections approved by the Court in Local Rule 5.1B, N.D. Ga.

Respectfully submitted this the 4th day of August, 2011.

                                                /s/ Preston B. Davis
                                                Preston B. Davis
                                                Georgia Bar No. 141999
                                                preston@pbdavislaw.com
                                                Counsel for Plaintiff

LAW OFFICE OF PRESTON B. DAVIS, LLC
4488 S. Springwood Dr. SW
Smyrna, GA  30082
Telephone: (678) 372-2477
Facsimile: (678) 945-5080

Counsel for Plaintiff